**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

ANGELA WILLIAMS AND CLIFFORD RANCIFER
D/B/A ROLLERWORLD                                                                         PLAINTIFFS

VS.                                                                        CIVIL ACTION NO. 4:11cv135-JMV

ASPEN INSURANCE LIMITED                                                               DEFENDANTS

## ORDER

This cause is before the court on the defendant's motion to compel the completion of the depositions of plaintiffs Angela Williams and Clifford Rancifer (#63). The court, having reviewed the record, the motion, the briefs of the parties, and the applicable law, and having heard oral argument, finds as follows:

For the reasons announced by the court on the record at the conclusion of the motion hearing on April 30, 2013, the court finds motion is well taken, and shall be **GRANTED** as hereafter ordered**.** The depositions are to be limited to the following subject matter: finances and financing of the parties and related Rollerworld business, organizational structure/existence, operations, profit and loss statements, reporting of losses from the business, liens, dissolution and winding up. The depositions shall not exceed two (2) hours per deponent. The parties are to bear their own costs related to this motion.

**SO ORDERED** this, the 30th day of April, 2012.

/s/Jane M. Virden

U. S. MAGISTRATE JUDGE