IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| ANGELA WILLIAMS and CLIFFORD RANCIFER, d/b/a ROLLERWORLD, | PLAINTIFFS |
| v. | CIVIL ACTION NO. 4:11-cv-135-JMV |
| ASPEN INSURANCE UK LIMITED, | DEFENDANTS |

## AGREED ORDER OF DISMISSAL

This matter coming to be heard on the agreement of Plaintiffs Angela Williams and Clifford Rancifer and Defendants Aspen Specialty Insurance Company and Aspen Insurance UK Limited, and the Court being fully advised in the premises.

IT IS **ORDERED** that this action is dismissed with prejudice and without cost to any party, all costs having been fully paid and all matters in controversy for which this action was brought having been fully settled and compromised.

This 28th day of August, 2013.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED

/s/ James R. Swinehart
James R. Swinehart


/s/ B. Lyle Robinson
B. Lyle Robinson

Attorneys for Defendants Aspen Specialty
Insurance Company, incorrectly sued as
Aspen Insurance UK Limited and Aspen
Insurance UK Limited

*/s/ Phillip Mansour, Jr.*
Phillip Mansour, Jr.

Attorney for Plaintiffs Angela Williams
and Clifford Rancifer, d/b/a Rollerworld